

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00260-CV

STEPHEN HARMON

APPELLANT

V.

WEATHERFORD INDEPENDENT
SCHOOL DISTRICT, PARKER
COUNTY, PARKER COUNTY
EMERGENCY SERVICES
DISTRICT # 06, PARKER COUNTY
HOSPITAL DISTRICT, AND
WEATHERFORD JUNIOR
COLLEGE DISTRICT

APPELLEES

------------

FROM THE 43RD DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NO. CV16-1584

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered appellant's "Motion to Voluntarily Withdraw/Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: October 26, 2017